IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PRINCE MCCOY, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-175 |
| ERIK NDOUMOU, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Prince McCoy, Sr., a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Eric Ndoumou, Martin Arellano, Taofilk Aileru, Kerry Redus, [FNU] Rodriguez, Jared Oneal, and Alonzo Turner.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting Defendants' Motion for Summary Judgment and dismissing claims against Defendants Arellano, Aileru, Redus, Rodriguez, Oneal, and Turner with prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 80] is **ADOPTED**.

Defendants' Motion for Summary Judgment [Dkt. 33] and Defendants' Redacted Motion for Summary Judgment [Dkt. 51] are **GRANTED**.  Defendants Martin Arellano, Taofilk Aileru, Kerry Redus, [FNU] Rodriguez, Jared Oneal, and Alonzo Turner are **DISMISSED** from this action. Plaintiff's Motion for Default Judgment against Defendant Alonzo Turner [Dkt. 52] and Plaintiff's Motion for Continuance to Identify Defendant Rodriguez [Dkt. 59] are **DENIED** as moot.

**SIGNED this 24th day of March, 2023.**

Michael J. Truncale
United States District Judge